IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DIVERSICARE LEASING CORPORATION,
d/b/a POCAHONTAS NURSING AND REHABILITATION
CENTER; DIVERSICARE MANAGEMENT SERVICES
COMPANY; ADVOCAT, INC.; AND SUZANN WILSON,
IN HER CAPACITY AS ADMINISTRATOR OF THE POCAHONTAS
HEALTHCARE AND REHABILITATION CENTER                    PLAINTIFFS

v.                      No. 3:11-cv-00163 KGB

SONYA SHOE, AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF ENOCH CECIL JONES, AND ON
BEHALF OF THE WRONGFUL DEATH BENEFICIARIES
OF ENOCH CECIL JONES, DECEASED                          DEFENDANTS

**ORDER**

Based on the parties' representation in their Joint Status Report (Dkt. No. 10) that they have reached a settlement, this case is removed from the trial calendar for the week of October 8, 2012.

SO ORDERED this 2nd day of October, 2012.

_____
Kristine G. Baker
United States District Judge